## RATLEY v. THE STATE.

(Decided November 10th, 1914.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

J. E. Z. RILEY, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Reversed and remanded on the authority of *Ex parte Ratley*, 188 Ala. 66 South. 147.

---

## RODGERS v. THE STATE.

(Decided November 19th, 1914.)

APPEAL from Russell Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General.

Per curiam. Dismissed by appellant.

---

## ROMINE v. BUTLER.

(Decided November 24th, 1914.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## SHAW v. THE STATE.

(Decided February 11th, 1915.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

STREET, ISBELL & BRADFORD, for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on the authority of *Black v. The State, infra*, 67 South. 770.